# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| YOLANDA R. BURGESS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11-CV-1536-AGF |
| SARAH KNAGGS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has attached an exhibit to her complaint that contains plaintiff's entire social security number [Doc. #1-2 "Exhibit"]. Local Rule 5-2.17(A)(1) requires that social security numbers be redacted from any filing with the Court. "Only the last four digits of a Social Security number may be listed in the filing." Id. As such, the Court will direct the Clerk to place the said exhibit under seal. Additionally, plaintiff shall, no later than November 10, 2011, file an amended exhibit that complies with Local Rule 5-2.17(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall place the exhibit, which plaintiff attached to her complaint, [Doc. #1-2 "Exhibit"] under seal.

**IT IS FURTHER ORDERED** that plaintiff shall, no later than November 10, 2011, file an amended exhibit that complies with Local Rule 5-2.17(A).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will strike the said exhibit from the record.

Dated this 4th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE